

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CORY HOWARD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-00687 (AJT/IDD) |
| ) | |
| CLYDE'S RESTAURANT ) | |
| GROUP, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion Requesting an Extension of the Deadline for Expert Disclosures Pursuant to FRCP 26(a)(2) [102] is **GRANTED**. Plaintiff has until September 6, 2012 to provide expert disclosures related to the calculation of damages. Defendant is entitled to identify a counter expert by September 27, 2012.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 31st day of August 2012.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia