IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CORY HOWARD, *et al.*,

    Plaintiffs,

v.     Case no. 11-00687 (AJT/IDD)

CLYDE'S RESTAURANT GROUP, INC., , *et al.*,

    Defendants.

## DEFENDANTS' LIST OF WITNESSES

Defendants CLYDE, INC., CLYDE'S RESTAURANT GROUP, INC., CLYDE'S OF RESTON, INC., and CLYDE BROADLAND, INC., (collectively "Defendants"), by counsel, pursuant to Fed. R. Civ. P. 26(a)(3) and this Court's Order dated June 27, 2012, file this List of Witnesses, except impeachment and rebuttal witnesses:

**Witnesses Defendants Expect to Call:**

1. Jeffrey Anders
2. Claude Andersen
3. Christopher Artois
4. Martin Backley
5. John Barry
6. Lee Bedow
7. Mike Beville

8. Adrian Casparian

9. Sara Chickering

10. Paul Fox

11. John Grace

12. Victoria Gradia

13. Emma Graham

14. Fraser Hay

15. Michael Kacmar

16. Shane Mannix

17. Paul McGuinness

18. Tom Meyer

19. Ed Morris

20. Maggie Nunn

21. Richard O'Connor

22. Hans Olson

23. Colleen O'Rourke

24. Jeff Owens

25. Eduardo Pagan

26. Jamie Potter

27. Brian Rauch

28. Nicole Quist

29. Scott Schultz

30. Ken Siegrist

31. David Smith

32. Nathan Thomas

33. Kate Westcott

34. Brendan White

35. Judd Winstanley

36. Any expert(s) designated by Defendants.

**Witnesses Defendants May Call:**

37. All witnesses designated or called by the Plaintiffs to the extent not objected to by the Defendants.

38. All witnesses identified in any documents or discovery produced, or required to be produced, by the Plaintiffs after the Discovery Cut-off to the extent not objected to by the Defendants.

39. All witnesses identified in depositions after the Discovery Cut-off to the extent not objected to by the Defendants.

40. Defendants reserve the right to call any witness for the purpose of impeachment and/or rebuttal.

41. Defendants reserve the right to call any witness for the purpose of authenticating any exhibit or document.

DATED: September 20, 2012

/s/ Attison L. Barnes, III
Attison L. Barnes, III  (Va. Bar No. 30458)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
Tel:  (202) 719-7000

       Fax: (202) 719-7049
       abarnes@wileyrein.com

       *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2012, I caused a copy of the foregoing Defendants' List of Witnesses to be served via ECF on the following:

>Heidi Burakiewicz, Esq.
>Karla Gilbride, Esq. (pro hac vice)
>MEHRI & SKALET, PLLC
>1250 Connecticut Ave., NW, Ste. 300
>Washington, DC 20036
>Tel: (202) 822-5100
>Fax: (202) 822-4997
>hburakiewicz@findjustice.com
>kgilbride@findjustice.com

>/s/ Attison L. Barnes, III
>Attison L. Barnes, III, Esq.
>Va. Bar No. 30458
>WILEY REIN LLP
>1776 K Street, N.W.
>Washington, DC  20006
>Tel:  (202) 719-7000
>Fax: (202) 719-7049
>abarnes@wileyrein.com