# United States District Court
## PRETRIAL CONFERENCE

Time: _9:46  9:52_  Case # _1:11CV687_

Title _Howard v Clyde's Restaurant Group, Inc.,_  Date: _9-20-12_
_et al._  _(None)_

DOCKET ENTRY:  **Final Pretrial Conference** _-held._

PRESENT:  HONORABLE___**Anthony J. Trenga**___, Presiding

_thul_

Deputy Clerk

**APPEARANCES:**
Counsel for:  Plaintiff [ ✓ ]  Defendant [ ✓ ]  , Pro-Se [  ]
_Zachary Best_  _Addison Barnes / Karla Gilbride_

**TRIAL:**
[ ✓ ] Case set for trial by **JURY** on _December 17 2012_ at _10:00 a.m._
[  ] Case set for trial by **COURT** on _____ at ____

**FILED:**
[  ] Plaintiff's Witness List
[  ] Plaintiff's Exhibit List   _Extension to December 3rd as well,_
[  ] Defendant's Witness List  _but exchange now whatever they have ready._
[  ] Defendant's Exhibit List

Objections to exhibits and Witness List to be filed within _____ days.

_Pretrial deadlines - heard. Court extended Pretrial_
_filings to Monday, December 3rd._

_Δ's oral request for more discovery. Court dir. that_
_that parties bring their discovery issues before the Magistrate Judge._