IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CORY HOWARD, *et al.*,        )
                              )
    Plaintiffs,         )
                              )
v.                            )   Civil Action No. 1:11-cv-00687 (AJT/IDD)
                              )
CLYDE'S RESTAURANT            )
   GROUP, INC., *et al.*,    )
                              )
    Defendants.         )
                              )

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant's Motion to Compel Discovery and Deem Requests as Admitted, or in the Alternative to Strike Plaintiffs for Failure to Participate in Discovery [124] is GRANTED in part and DENIED in part. All Plaintiffs with overdue discovery shall respond no later than September 26, 2012. As previously stated by this Court, the discovery cutoff is September 27, 2012 and all depositions must be conducted by September 27. If Plaintiffs do not respond to written discovery or schedule depositions prior to the deadline, the Court may impose sanctions including dismissal of their claims.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 21st day of September 2012.

                                                                    /s/
                                            Ivan D. Davis
                                            United States Magistrate Judge

Alexandria, Virginia